EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
_Eastern_ DIVISION at _Lexington_

Eastern District of Kentucky
FILED

NOV 12 2025

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. _____ (Court Clerk will supply)

~~TONY MCCULLOH~~, _James B. Murphy_
PLAINTIFF

VS:

_Mr. Tony McCullough_
_Sgt. Boyd_
_Cpl. Riggs_
_Sgt. Carli_
_Cpl. James B. Clark_
DEFENDANTS   _Unknown Medical Co., & All Staff_

(do not use "et al.",

enter full names)

Demand for Jury Trial:
Yes (X) No (___)

**I.   Plaintiff:**

A. Name (list any aliases): _James Barry Murphy_

B. Prisoner ID #: _23625_   Check one: Convicted _____   Pretrial Detainee _X_

C. Place of present confinement: _Pulaski County Detention Center_

D. Address: _300 Hail Knob Road, Somerset, Kentucky 42503_

**II.   Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: _Anthony Tony McCullough_
  Title or Position: _Pulaski County Jailer_
  Place of Employment: _Pulaski County Detention Center_

B. Defendant's Name: _Sgt. Boyd_
  Title or Position: _Admin Sgt._
  Place of Employment: _Pulaski County Detention Center_

Page 1 of 8

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Defendant's Name: _CPL. Riggs_

Title or Position: _Shift Corporal_

Place of Employment: _Pulaski County Detention Center_

D. Defendant's Name: _Sgt. Carli_

Title or Position: _Shift Sgt._

Place of Employment: _Pulaski County Detention_

E. Defendant's Name: _CPL. James B. Clark_

Title or Position: _Shift CPL._

Place of Employment: _Pulaski County Detention Center_

## III.    Statement of Claim:

Below you should state the **FACTS** of your case.  You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph.  (If you need more space, you may attach extra sheets).

A.  What happened?  Explain specifically what each Defendant did or failed to do.

This is the issue of claim and of fact that the Pulaski County Detention Center has violated my rights as a Disabled American with Disabilities which was in acted in 1990. I was transsported to the Pulaski County Detention Center on June 22 rd, 2025, by the Pulaski County Sheriffs Dept. I was booked in by CPL. James B. Clark at 3.51 PM. The first issue is I am a Disabled American by all standards. I, have C.O.P.D. Asthma, Blind in my left eye. I am a Diabetic, High Blood Pressure Due to Arthritis in Knees, Hips, and joints I some time required to use a walker or wheel Chair depending how bad the flare up may be at

Page 2 of 8

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

the TIME. As the video should show D/C that date Should show CPL. Clark Placing me in holding Cell # 159 there was a full house well over in inmates matts every where. People laying nexted to the toilet. There was no place to put my wheel chair or my matt. But before the other inmates figure out how this would work they came back and moved me to the old visting Booth. Keep in mind this room was to vist in. It has no water no bathroom and stayed like that for two days, This was from Sunday till tuesday with just a thin matt and a blanket. Then on tuesday I was moved from that area to 179 where the jail was first built that was a gym with a rubber Basket Ball floor and goals then

B. When did these events happen?

About 2½ month or maybe not that long I involved in a dispute well CPL. Reggs, Sgt. Boyd, C/o Chinley and others that resulted in I being placed in what they call seg here. But what it amounted to was the hole or commonly known as the special housing unit. Upon being moved to the 179 area and cell Block 192 I was placed in cal 196, But I was not given a matt or blanket sheets or any thing at 11:00 P.M at night for 18 days of the 30 days I was told I would serve they would provide a matt at 11:00 Pm and blanket only and then it would

Then IT WAS CONVERTED INC To A 12 TWELVE MANS CELL BLOCK And WHEN CPL, MOVED ME INC that WAS JAMES B. CLARK there WAS 35 INMATES INCLUDING ME. The ISSUE of HAVING SLEEP APHNEA AND HAVING To SLEEP ON the FLOOR WITH NO HEAD WEDGE TRULY CAUSED ME GREAT DISCOMFORT. CAUSE WHEN I WAS MOVED From LAUREL COUNTY To SCOTT COUNTY LAUREL COUNTY HAD LOST MY 2,800 DOLLAR MACHINE BY RES MED.

OVER A PERIOD of TIME I FILED SEVERAL GRIEVANCE But Always RECEIVED A NEGETIVE RESPONSE ON MOST ALL WOULD NOT ALLOW ME To APPEAL those ISSUES. Which VIOLATES the PLRA AND they Do this ON A REGULAR BASIS CAUSE ANTHONY MCCULLUCH DOES NOT PLAN To HAVE ANY UP GRADES OR HUMAN TREATMENT OF DETAINEES HOUSED IN HIS FACILITY. This FACILITY Is NOT BUILT OR SUITED FOR the PRESENT AMOUNT OF DETAINEE the JAILER IS UNSAFELY HOUSING ANTHONY MCCULLOUGH KNOWS he Is EXCEEDING HIS FIRE & SAFETY LIMIT AND IT'S Is CRUEL AND UNUSAL To PACK DETAINEES IN that JAIL LIKE SARDINES. YOU HAVE GROWN MEN SLEEPING TWO Inches A PART LIKE Slumber PARTY. IT'S VERY INAREATE To Sleep IN that FASHION. WITH LEONIE HEALTH PROBLEMS.

CONTINUED B.

Be REMOVED A 10:00 Am EACH MORNING FOR those 18 DAYS. ON the 19th I WAS GIVEN SHEETS MATT AND BLANKET. I WAS FORCED To LAY ON STEEL DURING the DAY BY ALL STAFF MEMBERS. C/O CHARLEY, SGT. BOYD, CPL. RIGGS CPL. CLARK AND C/O RHONDA CPL. LOCHT BASICLY ALL STAFF.

KEEP IN MIND this WAS NOTHING OF ANY KIND OF ALTERCATION SIMPLY ALL WRENHable.

Continued B-1.

SGT. Boyd Set Down the Punishment of 30 Days Just For Cussing them. That Is Extreme Abuse of Power. But It's Truely Cruel To Take A Handicaps Matt And Blanket Just Because You Cuss At A Female. The Other Issue that Is Out of Control the Staff that the Issue Is With Can Simply In A Report Say What Ever Punish-they Wish there Is No Set Guideline's or Policy's that Control this.

I Was not Allowed To Purchase Any Hygiene no Legal Material, Such As Pens Paper Envelopes Which Violates My Rights To Due Process - Access To the Courts. Further You Can not Purchase #10 Envelopes To Write Courts And Family Members. This Is A Basic Right that Should not Be Denied.

Continued C.

A Serious Verified Problem By Ben Twice And the Security Staff A Few Times. These Surgeons Have Seen me Over the Past 18 Months And Stated that Surgery Is Needed But the Jails Deem this As An Elective Issue.

But the Issue I Have Is I Have Had At Least 6 X-Rays At Scott County 1 Ultra Sound Here At Pulaski County And All Show my Bowels And Colon Are Impacted And they Pre-Scribed A Colonosphy Flush With Fleet Each Time But, Just Cuss About 2/3 of the Problem Resolved Each Time. They Even Have Put me On Special Diets, Mira Lax And Cdacc But Still No Good. Pulaski County Medical Department Runs there Like We or Our Family's Have A Unlimited Money Tree.

They Charge Simply 13ºº Dollar To See the Nurse And

REQUEST SOMETHING PADS OR FOR DIERRA OR CONSTATION. They Charge that 13$^{00}$ Dollars For 1 ONE Dose OF ASPRINS. Also they REFUSE TO PERSUE the REQuireD Medical RECORD that Could Put MY Life IN SERIOUS DANGER FOR NOT HAVING INFORMATION REQuireD. I HAVE SPoken To MELissA Head Nurse Medical DIRECTOR. Meredith LPN AND Also Ellen About these ISSUES To No AVAIL. I Feel that MY RIGHTS ARE BEING Violated every DAY Medical Treatment Is DENIED.

The ISSUE Of the DR. STATINGS It Could BE REPAIRED these Problems but the PResent Contract Company Which the Medical Personel WILL NOT WEAR I.D. BADGES OR Reveal who they Work for but IT Is A Medical Company CAuse they do Provide TRAVELING NURSES To Cover those SheVts Some Times. So I Have them Listed As A UNKNOWN Medical Company And STAFF. The Charges that they MAKE His Pay Is A Fleece of the INMATE Cause IT Should NOT Cost $13.$^{00}$ Dollars To Get Simply 1 800 MG ASPRIN ALL That's Just NOT the Proper Charge for A ChONIC CARE INMATE. This IS deliberat Indifference under the Legal Definition of the Blacks Law.

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

C. Where did these events happen?

This issue took place with the Pulaski County Detention Center Medical Department, Melissa is the Medical Director here at the jail. With notifing the medical staff of true medical issues as gaullbladder failure and hernia's that getting torn bigger by the week, I am passing alot of blood from my rectum that has been

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

Excessive Cruel and unusal Punishment under the 8th Amendment. Due Process & Access to the courts. Deliberant Indifferance and Medical Neglect & Deliberant Indifference. Also Failure To Protect

## IV. Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations?  YES ( X )  NO ( ___ )

2. If so, did you (check **ALL** that apply):
   - X  file a request or appeal to the Warden       6/25 - 11-25  date
   - ___  appeal to the Regional Director       _____ date
   - ___  appeal to the Office of General Counsel       _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

4. What was the result? *NONE WERE EVER GRANTED AND WERE RULED LIST A GRIEVABLE ISSUE.*

5. If you did not file a grievance, why not? *N/A*

B. **State Prisoners** answer the following:

1. Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?    YES (X) NO (___)

2. If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

   _____ file a grievance and seek an informal resolution    *6/25/11/25* date
   _____ request a hearing from the Grievance Committee    _____ date
   _____ appeal to the Warden    *4/25 11/25* date
   _____ appeal to the Commissioner    _____ date

   Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
   YES (___) NO (X)
   
   _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4. What was the result? *ALL GRIEVANCE ARE FILED BY ELECTRONIC MEANS AND YOU WILL NOT BE PRO-VIDED A PAPER COPY WITH ATTORNEY'S WRITTEN REQUEST OR A COURT ORDER.*

5. If you did not file a grievance, why not?

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

---

**C.**   **County or City Prisoners** answer the following:

1.   Is there a grievance/appeal policy at your jail?   YES (☒)   NO (__)

2.   **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available.  If not, briefly describe the grievance/appeal policy below.   *SAME AS 3-4 on PAGE 5 Cause I was A STATE INMATE And then Given Shock Probation,*

3.   Did you file a grievance regarding these facts?   YES (__)   NO (__)

4.   If you filed a grievance:

a.   What steps did you take to use the grievance process?   *Filed As Required per - Procedure with No Prevail Available*

b.   What was the result?   *Denied Not Grievable or Not Found To Be Valid.*

c.   If unsuccessful, did you file an appeal?   YES (☒)   NO (__)

d.   What was the result?   *No Bases To Be Valid*

e.   Did you take any further steps in the grievance process?
      YES (__)   NO (__)       NO MORE AVAILABLE (☒)

f.   What was the result?   *N/A*

5.   If you did not file a grievance, why not?:   *N/A*

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

## V.    OTHER LAWSUITS

A.    Have you filed any other lawsuit **dealing with the same facts** raised in this action?   YES (X)  NO (___)

B.    If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff: _JAMES B. Murphy_

Defendant(s): _DENNIS KAEMDISGK  AT, AL_

2. COURT: (name the district for a federal court, or the county for a state court)

_SIDUX Fails ISD FEDERAL Courts_

3. CASE NO.: _13-CV-4134_      DATE FILED: _2013_

4. OUTCOME: (is the case still pending?  was it dismissed?  being appealed?)

_AGREED To SETTLE DAC A DISMISSAL BEFORE DATE of Jury Trial_

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C.  List any other lawsuits that you have filed in any state or federal court:

1.  Plaintiff _James B.Murphy_ vs. Defendant(s) _DERRANC L. Boofles_
    Court Name: _Federal Court Lexington, KL_   Case No. _25;Cr-00242.KKA._
    Nature of Claim: _42.U.S.C. 1983_      Date Filed: _7-15-25_
    Outcome: _Pending_      Date: _____

2.  Plaintiff _____ vs.  Defendant(s) _____
    Court Name: _____      Case No.: _____
    Nature of Claim: _____      Date Filed: _____
    Outcome: _____      Date: _____

EDKy 520 (Rev. 01/22) Complaint under §1983 or Bivens Action

3.  Plaintiff _____ vs. Defendant(s) _____

Court Name: _____        Case No.: _____

Nature of Claim: _____   Date Filed: _____

Outcome: _____           Date: _____

## VI.    Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

Regarding the Cruel and unusal Punishment that was not within the Scope of their Job So Seeking Monetary Damages of 15,000 Per Day of No Bedding In Regards to the ADA Violations that Pulaski County Comply with All Title II and Title 504 Guidelines of 1990 And To Award Nontary Damages for Medical Indifference of 10,000 for Every Day Incarcerated at P.C.D.C.

## VII.    Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

_James Berry Murphy_           _23625_              _11/6/25_
Signature of Plaintiff         Prison ID#           Date

Plaintiff's Address: _300 Hail Knob Road_

_Somerset, Kentucky 42503_

Page 8 of 8